UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY REED,<br><br>            Plaintiff,<br><br>      v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | Case No. CV 08-2113-GW (PJW)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO EASTERN DISTRICT OF CALIFORNIA |

Plaintiff has filed a wrongful death claim on behalf of her son who died while housed at Kern Valley State Prison, which is in the Eastern District of California. The action should have been filed in the Eastern District because all of the events occurred there and Defendants live there. Plaintiff has 20 days to explain in writing why the case should not be transferred to that court.

IT IS SO ORDERED.

DATED:   April  22 , 2008.

*Patrick J. Walsh*
_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Civil Rights\REED, P 7882\OSC_not transfer.wpd